UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARGARET G. FISHER,

                Plaintiff,

    -against-                                      1:08-CV-01170 (LEK/DRH)

CITY SCHOOL DISTRICT OF
ALBANY, et al.,

                Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on March 16, 2009, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 10).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Homer's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 10) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's complaint be **DISMISSED** in its entirety without prejudice

pursuant to Fed. R. Civ. P. 16(f)(1)(c) and 37(b)(2)(A)(v) on account of Plaintiff's failure to comply with the Courts November 13, 2008 order; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   March 03, 2009
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge